Cam Ferenbach, NV Bar No. 96
cferenbach@lionelsawyer.com
Timothy R. Mulliner, NV Bar No. 10692
tmulliner@lionelsawyer.com
Ketan D. Bhirud, NV Bar No. 10515
kbhirud@lionelsawyer.com
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 383-8888
Facsimile: (702) 383-8845
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MULTIBANK 2009-1 RES-ADC VENTURE, LLC, a Delaware limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>DAVID A. GARRETSON, an individual; and KELLY A. MUSLER, an individual;<br><br>Defendants. | Case No.: 2-10-cv-1396<br><br>**JOINT DISCOVERY PLAN**<br><br>**(SPECIAL SCHEDULING REVIEW REQUESTED)** |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure ("FRCP") and Local Rule 26-1, Multibank 2009-1 RES-ADC Venture, LLC and Defendant Kelly A. Musler, by and through their respective counsel of record, hereby submit this joint Rule 26(f) Report ("Discovery Plan").[1]

**I.    DISCOVERY PLAN [Rule 26(f)(3)(B)]**

Plaintiff caused the real property at issue in this case to be sold at a trustee's sale on

---

[1] As of the date of filing this Joint Discovery Plan, David A. Garretson has not been personally located for service and has therefore not answered the Complaint. Plaintiff has located the address of 281 East Ford Avenue, Las Vegas, Nevada, which is believed to be Mr. Garretson's current home address. However, despite multiple attempts, Plaintiff has been unable to effect service upon Mr. Garretson to date. If Plaintiff's current stakeout efforts are also to no avail, Plaintiff will filing a motion with the Court to request alternate means of service and additional time to do so.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

November 30, 2010 (after the filing of this lawsuit), the proceeds of which did not satisfy the indebtedness allegedly owed to Plaintiff. The claims currently before the court must therefore be amended and supplemented to reflect this change of circumstances and to seek a deficiency judgment. Discovery will be needed for all issues related to Plaintiff's anticipated claim for a deficiency judgment, and is expected to take approximately 180 days from the time the first Defendant answers the amended and supplemental complaint.

To facilitate such discovery, the parties have agreed to the following:

Plaintiff will provide a proposed amended and supplemental complaint to Defendants' counsel by December 10, 2010, for counsel's consideration as to whether the parties can stipulate to its filing.[2]

Defendants' counsel shall have until December 17, 2010 to either stipulate to the filing of the amended and supplemental complaint or refuse such stipulation and require that a motion be brought before the Court.

Provided a stipulation is reached, Defendant shall have until January 6, 2011 or 14 days after the actual filing of the same, whichever is later, to answer or otherwise respond to the Complaint in light of the holidays.

Regardless of whether a stipulation is reached, counsel agree that the discovery deadlines set forth below shall be based on a response deadline of January 6, 2010.

## II.   INITIAL DISCLOSURES [Rule 26(f)(3)(A)]

The parties agree that no changes should be made to the form or requirement for disclosures under FRCP 26(a), but that the timing of such disclosures shall be made on or before January 20, 2011. The parties' respective disclosures will identify a list of potential witnesses, documents or categories of documents available for inspection, and categories of damages.

   A.   Discovery Cut-Off (LR 26-1(e)(1):   July 5, 2011

---

[2] The stipulation or motion necessary to file Plaintiff's amended and supplemental complaint will also seek to substitute the real party in interest as Plaintiff, as the currently named Plaintiff transferred all of its rights title and interest in the subject loan to RES-NV Clark, LLC, its wholly owned subsidiary.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

III. **DISCLOSURE OR DISCOVERY OF ELECTRONICALLY-STORED INFORMATION [Rule 26(f)(3)(C)]**

The parties are unaware of any issues regarding the disclosure or discovery of electronically-stored information at this time.

IV. **OTHER MATTERS**

    A. <u>Claims of privilege or protection</u> [Rule 26(f)(3)(D)]

The parties are unaware of any issues requiring a protective order at this time.

    B. <u>Amending pleadings and adding parties</u> [LR 26-1(e)(2)]:   April 6, 2011

    C. <u>Expert disclosures</u> [LR 26-1(e)(3)]

        1. <u>Initial Expert Disclosures</u>:   May 6, 2011

        2. <u>Rebuttal Expert Disclosures</u>: June 6, 2011

    D. <u>Dispositive Motions</u> [LR 26-1(e)(4)]:   August 4, 2011

    E. <u>Joint Pre-Trial Order</u> [LR 26-1(e)(5)]:   September 2, 2011. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision of the dispositive motions or further order of the court.

DATED this 3rd day of December 2010.    DATED this 3rd day of December 2010.

LIONEL SAWYER & COLLINS    SHAWN A MANGANO, LTD

/s/ Timothy R. Mulliner    /s/ Shawn A. Mangano
Timothy R. Mulliner, NV Bar No. 10692    Shawn A. Mangano, NV Bar No. 6730
300 South 4th St., Ste. 1700    9960 W. Cheyenne Ave., Ste. 170
Las Vegas, NV 89101    Las Vegas, NV 89129
*Attorneys for Plaintiff*    *Attorneys for Kelly A. Musler*

**IT IS SO ORDERED**

Dated: December 16, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888